## BOBBY PETERSON *v.* COMMISSIONER OF CORRECTION

The petitioner Bobby Peterson's petition for certification for appeal from the Appellate Court, 51 Conn. App. 903 (AC 16970), is denied.

*David B. Rozwaski,* special public defender, in support of the petition.

*Eileen McCarthy Geel*, deputy assistant state's attorney, in opposition.

Decided January 12, 1999